# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SEAN P. BERRY, | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-01779-GMN-PAL |
| vs. | ) | **ORDER** |
| CORCOM, INC., et al., | ) | |
| Defendants. | ) | |

This matter was originally filed as a breach of contract case. However, the Amended Complaint (Dkt. #12) in this matter alleges discrimination. As such, this matter needs to be referred to the ENE Program.

**IT IS ORDERED** that the Clerk shall refer this matter to the ENE Program.

Dated this 5th day of June, 2013.

Peggy A. Leen
United States Magistrate Judge